No. 71–737. MICHIGAN *v.* TRUDEAU. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 71–790. PERKINS *v.* LAIRD, SECRETARY OF DEFENSE. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 71–792. GRUBBS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. ▮

No. 71–799. UNIVERSITY HILL FOUNDATION *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. ▮

No. 71–814. CORTRIGHT ET AL. *v.* FROEHLKE, SECRETARY OF THE ARMY, ET AL. C. A. 2d Cir. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. ▮

No. 71–881. ILLINOIS *v.* HUDSON. Sup. Ct. Ill. Certiorari denied, it appearing that judgment of the Supreme Court of Illinois rests upon an adequate state ground. ▮